SHARLENE MCKENZIE, as Executrix of OSCAR MCKENZIE, JR., Deceased, Appellant, v ONONDAGA COUNTY et al., Respondents. [964 NYS2d 55]—Motion for leave to appeal to the Court of Appeals denied. Present—Smith, J.P., Lindley, Sconiers and Martoche, JJ.

 JANNIE NESMITH, in Her Representative Capacity as Parent and Natural Guardian of JANNIE PATTERSON, an Infant, et al., Respondents, v ALLSTATE INSURANCE COMPANY, Appellant. [964 NYS2d 56]—Motion for reargument or leave to appeal to the Court of Appeals denied. Present—Smith, J.P., Centra, Lindley and Whalen, JJ.

 In the Matter of the Arbitration between PROFESSIONAL, CLERICAL, TECHNICAL, EMPLOYEES ASSOCIATION, Respondent, and BOARD OF EDUCATION FOR BUFFALO CITY SCHOOL DISTRICT, Appellant. [964 NYS2d 56]—Motion for reargument or leave to appeal to the Court of Appeals denied. Present—Smith, J.P., Peradotto, Carni and Sconiers, JJ.

 ROBERT LANDAHL et al., Respondents, v CITY OF BUFFALO et al., Appellants. U&S SERVICES, INC., Third-Party Plaintiff-Respondent, v INDUSTRIAL POWER & LIGHTING CORPORATION, Third-Party Defendant-Appellant. [964 NYS2d 56]—Motion for reargument or leave to appeal to the Court of Appeals denied. Present—Scudder, P.J., Fahey, Carni, Lindley and Sconiers, JJ.

 PENN MILLERS INSURANCE COMPANY, Appellant-Respondent, v C.W. COLD STORAGE, INC., Respondent-Appellant, and THRUWAY PRODUCE, INC., Respondent. [964 NYS2d 56]—Motion for reargument, clarification, or leave to appeal to the Court of Appeals denied. Present—Scudder, P.J., Fahey, Carni, Lindley and Sconiers, JJ.

 JANNETTE MORALES, Plaintiff, v ASARESE MATTERS COMMUNITY CENTER et al., Defendants, CITY OF BUFFALO PARKS AND RECREATION DEPARTMENT et al., Respondents, and COUNTY OF ERIE, Appellant. (Appeal No. 2.) [965 NYS2d 898]—Motion for reargument or leave to appeal to the Court of Appeals denied. Present—Centra, J.P., Fahey, Sconiers, Valentino and Martoche, JJ.

 THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RONALD D. ROSSBOROUGH, Appellant. [964 NYS2d 56]—Motion for reargument denied. Present—Centra, J.P., Peradotto, Lindley, Whalen and Martoche, JJ.